AO 91 (Rev. 08/09) Criminal Complaint

AUSA: Nancy Abraham          Telephone: 810-219-6277
Special Agent: Dustin Hurt    Telephone: 810-219-6277

# UNITED STATES DISTRICT COURT
for the
Eastern District of Michigan

United States of America,

    Plaintiff,

v.

JESSE KETZBEAU

    Defendant(s).

Case: 4:23−mj−30220
Assigned To : Ivy, Curtis, Jr
Assign. Date : 5/30/2023
Description: IN RE SEALED MATTER (kcm

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief:

On or about the date(s) of __May 24, 2023__, in the county of __Genesee__ in the __Eastern__ District of __Michigan__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 922(g)(1) | Felon in possession of a firearm |

This criminal complaint is based on these facts:
Please see the attached affidavit.

☑ Continued on the attached sheet.

_____
Complainant's signature

Dustin Hurt, Special Agent, ATF&E
Printed name and title

Sworn to before me and signed in my presence.

Date: May 30, 2023

_____
Judge's signature

Curtis Ivy, Jr., United States Magistrate Judge
Printed name and title

City and state: Flint, Michigan

## AFFIDAVIT IN SUPPORT OF CRIMINAL COMPLAINT
*United States v. Jesse Ketzbeau*

1. I have been employed as a Special Agent with the Bureau of Alcohol, Tobacco, Firearms, and Explosives (ATF) since October of 2018. I am currently assigned to the Detroit Field Division, Flint Field Office. Before working for the ATF, I was employed by the Michigan Department of State Police (MSP) for approximately seven years. Before working for MSP, I was a local police officer for the Grand Ledge Police Department for approximately three years. I held numerous positions with the MSP, including Detective Sergeant in the Polygraph Unit and Task Force Officer with the FBI. During my employment with ATF and MSP, I have conducted or participated in numerous criminal investigations focused on firearms, armed drug trafficking, and criminal street gangs, and other violations of federal law.

2. I make this affidavit from personal knowledge based on my participation in this investigation, my review of reports and other materials prepared by those who have personal knowledge of the events and circumstances described herein, and information gained through my training and experience. The information outlined below is provided for the limited purpose of establishing probable cause and does not contain all details or all facts of which I am aware relating to this investigation.

1

3.  On May 24, 2023, at approximately 6:42 am, Flint Police Officer Norris was dispatched to 3710 Woodrow Avenue in Flint, MI. Dispatch advised the caller's daughter advised she was being held at gun point and asked her to call 911. The daughter, hereinafter referred to as Person-1, later called 911 and advised the trouble was in her vehicle with her boyfriend being held at gun point.

4.  Officer Norris made contact with Person-1 who advised that at around 3:00 am a male identified as Jesse Ketzbeau was causing problems at 3710 Woodrow Avenue. Person-1 stated that Ketzbeau was in possession of a pistol and was threatening people with it. One resident in the home, hereinafter referred to as Victim-2, took off running out of the front door heading west when Ketzbeau fired one shot at Victim-2 and missing as Victim-2 fled.

5.  Person-1 received a text from her boyfriend, hereinafter referred to as Victim-1, who advised that Ketzbeau was in Person-1's car with Victim-1 and Ketzbeau was holding Victim-1 at gunpoint. Person-1's car was identified as a 2006 white Chevrolet Impala bearing Michigan Registration 4MDP12.

6.  Officer Tierney responded and met with the homeowner, hereinafter referred to as Victim-3. Victim-3 advised that he/she was sleeping and was awoken by people yelling in his/her residence. When Victim-3 went to the people yelling, Victim-3 observed Ketzbeau in the kitchen pointing a pistol at multiple people.

Ketzbeau then pointed the pistol at Victim-3 and advised Victim-3 to sit down. Once seated, Ketzbeau handed the pistol to an unidentified black male and then physically assaulted Victim-3.

7. Victim-3 advised the pistol Ketzbeau was in possession of was tan or gray in color believed it to be a 9 millimeter or a .40 caliber pistol. Officers located one 9 millimeter fired cartridge casing near the front door believed to be the round fired at Victim-2.

8. Ketzbeau and Victim-1 left the residence in Person-1's Chevrolet Malibu. Person-1's vehicle which was later located by law enforcement in the area of Victoria Avenue and Fenton Rd in the City of Flint. Officer Pletcher located the vehicle and attempted to initiate a traffic stop. The White Chevrolet Malibu picked up speed in an attempt to flee. Officer Pletcher pursued the vehicle until it came to a stop near the intersection of Simcoe Avenue and Grand Traverse Street. The front seat passenger, later identified as Ketzbeau, exited the vehicle with his hands in the air and was taken into custody. Victim-1 was the driver.

9. A search of the vehicle yielded the discovery of a Taurus Model: G3 semi-automatic 9 millimeter pistol bearing S/N: ACG059337. The pistol had an extended magazine inserted loaded with seventeen live rounds of 9 millimeter ammunition. The firearm was found on the front passenger side plastic center console molding under the glove compartment.

10. Ketzbeau's Computerized Criminal History (CCH) was queried as part of this investigation. The query yielded the following results:

- 2017 – Felony Assault with Intent to Murder in the Genesee County Circuit Court. Ketzbeau was sentenced to 42 months to 240 months incarceration.

- 2020 – Misdemeanor Domestic Violence – Knowingly Assaulting a Pregnant Individual – 2nd Offense in Genesee County Circuit Court. Ketzbeau was sentenced to 300 days incarceration for this offense.

11. Ketzbeau knew of his status as a convicted felon because he was sentenced to a custodial term of more than a one year for his 2017 Felony Assault with Intent to Murder conviction.

12. I am recognized by ATF as having expertise in the interstate travel and manufacture of firearms. The Taurus Model: G3 semi-automatic 9millimeter pistol bearing S/N: ACG059337 was manufactured outside of the state of Michigan and is a firearm as defined in Chapter 44, Title 18, United States Code.

13. Based on the foregoing, I have probable cause to believe that on May

24, 2023, in the Eastern District of Michigan, Jesse Ketzbeau, knowing that he had been convicted of a felony offense punishable by a term of imprisonment exceeding one year, knowingly possessed, in and affecting commerce, a firearm in violation of 18 U.S.C. § 922(g)(1).

_____
DUSTIN HURT, Affiant
Special Agent
Bureau of Alcohol, Tobacco, Firearms & Explosives

Sworn to before me and signed in my presence and/or by reliable electronic means on _____May 30, 2023_____.

_____
HON. CURTIS IVY, JR.
United States Magistrate Judge